IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY SCOTT MCCULLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-796-R |
| ) | |
| CLEVELAND COUNTY JUSTICE ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 21] issued by United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green recommends that this action be screened pursuant to 28 U.S.C. § 1915A(a) and dismissed for failure to state a claim and because one of the defendants is not a suable entity. Plaintiff timely filed on Objection [Doc. No. 26] and the Court must therefore make a de novo determination of the portions of the Report to which a specific objection is made.[1] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection sets forth some additional allegations in support of his claims but presents no persuasive argument or authority that would cause this Court to reject Judge Green's conclusions. Plaintiff's allegations are too threadbare and conclusory to state a plausible claim for relief.

---

[1] Plaintiff has filed several other documents since the Report and Recommendation was issued, but none of them persuade the Court that it should reach a different result.

2

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 21] in its entirety. For the reasons stated therein, Plaintiff's Claim Seven against Defendant Cleveland County Detention Center is DISMISSED WITH PREJUDICE and the remaining claims are DISMISSED WITHOUT PREJUDICE for failure to state a plausible claim. Plaintiff's pending motions [Doc. Nos. 12, 15, 17, 19, 20, 23] are DENIED as moot.

**IT IS SO ORDERED** this 3rd day of May 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE